IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      CRIMINAL NO. 15-180-14

v.

ROMEL ANTHONY

U.S.M. #72125-066

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 12th day of June 2018, came the attorney for the government and the defendant being present with counsel, and

☐     The Court having granted the defendant's motion for judgment of acquittal as to:

☐     A jury has been waived, and the Court has found the defendant not guilty as to:

X     The jury has returned its verdict, finding the defendant not guilty as to: Count 5 of the Superseding Indictment.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

S/MITCHELL S. GOLDBERG
MITCHELL S. GOLDBERG
United States District Judge

cc: U.S. Marshal
      Probation Office
      Counsel

June 12, 2018
Date

By Whom   S.S

Cr 1 (6/2018)